UNITED STATES v. ACKER, MERRALL & CONDIT (two cases). SAME v. HOLTZ & FREYSTEDT. (Circuit Court of Appeals, Second Circuit. January 16, 1905.) Nos. 3,571, 3,581, 3,602. Appeals from the Circuit Court of the United States for the Southern District of New York. Henry A. Wise, Asst. U. S. Atty. Edward Hartley, for appellees Acker, Merrall & Condit. Comstock & Washburn, for appellees Holtz & Freystedt.

PER CURIAM. Dismissed on motion of appellant. For decision below, see (C. C.) 133 Fed. 842.

---

UNITED STATES v. HAGUE. (Circuit Court of Appeals, Second Circuit. October 14, 1904.) No. 3,214. Appeal from the Circuit Court of the United States for the Southern District of New York. Charles D. Baker, Asst. U. S. Atty. Albert Comstock, for appellee.

PER CURIAM. Appeal discontinued. See In re Steinhardt, G. A. 4,929, T. D. 23,073, and T. D. 25,466; also Steinhardt v. U. S. (C. C.) 121 Fed. 442.

---

UNITED STATES v. LORSCH. SAME v. LASSNER. (Circuit Court of Appeals, Second Circuit. October 14, 1904.) Appeals from the Circuit Court of the United States for the Southern District of New York. Nos. 3,353, 3,354. Charles Duane Baker, Asst. U. S. Atty. Albert Comstock, for appellees.

PER CURIAM. Appeals discontinued. See In re Lorsch, G. A. 5,289, T. D. 24,250, and T. D. 25,463; also Lorsch v. United States (C. C.) 119 Fed. 476.

---

UNITED STATES v. PAGE. (Circuit Court of Appeals, Ninth Circuit. May 2, 1904.) Appeal from the Circuit Court of the United States for the District of Washington. William J. Gibson, for appellee.

PER CURIAM. Dismissed on stipulation. For decision below, see 128 Fed. 317, reversing a decision of the Board of United States General Appraisers (In re Page, G. A. 5,247, T. D. 24,112), which affirmed the assessment of duty by the collector of customs at the port of Port Townsend.

---

ABRAHAM & STRAUS v. UNITED STATES. (Circuit Court, S. D. New York. November 3, 1904.) No. 3,220. On Application for Review of a Decision of the Board of United States General Appraisers. Hatch & Wickes, for the importers. Henry A. Wise, Asst. U. S. Atty.

HAZEL, District Judge. The evidence of the importers is not of sufficient weight to establish that the two pieces of statuary are the production of a professional statuary or sculptor only, and hence the conclusion of the Board of General Appraisers is sustained. In the circumstances, the burden of proof is upon the importers to show that the classification of the collector is improper. The opinion of the Board of General Appraisers states the facts upon which the duty was assessed, and as those facts are not successfully controverted here, nor that the articles come within paragraph 454 of the tariff act (Act July 24, 1897, c. 11, § 1, Schedule N, 30 Stat. 194 [U. S. Comp. St. 1901, p. 1678]), no reason is apparent for disturbing the conclusion of the board. An order of affirmance may be entered.